IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JACQUELINE WILLIAMS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:14-cv-1349 (AJT/IDD) |
| CAROLYN W. COLVIN, | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the Report and Recommendation [Doc. No. 22] of the Magistrate Judge recommending that defendant's Motion for Summary Judgment [Doc. No. 19] be granted and plaintiff's Motion for Summary Judgment [Doc. No. 17] be denied. No objection to the Report and Recommendation has been filed. The Court has conducted a *de novo* review of the evidence in this case and adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it is hereby

ORDERED that defendant's Motion for Summary Judgment [Doc. No. 19] be, and the same hereby is, GRANTED; and it is further

ORDERED that plaintiff's Motion for Summary Judgment [Doc. No. 17] be, and the same hereby is, DENIED.

The Clerk is directed to enter judgment in favor of defendant Carolyn W. Colvin, Acting Commissioner of Social Security, and against plaintiff Jacqueline Williams pursuant to Fed. R. Civ. P. 58 in accordance with this Order, and to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
March 30, 2016